UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Thomas E. Merino
and
Ann M. Merino

Case No. _____

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(Iv)

[X] **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

[ ] Debtor was not employed during the 60 days preceding the filing of the petition;

[ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

[ ] Debtor was self-employed during the 60 days preceding the filing of the petition;

[ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

[ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _/s/ Thomas E. Merino_  Date: __01-11-11__

****************************************************************

[X] **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

[ ] Joint Debtor was not employed during the 60 days preceding the filing of the petition;

[ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

[ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

[ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

[ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _/s/ Ann M. Merino_  Date: __01-11-11__

**PERSONAL AND CHECK INFORMATION**

THOMAS MERINO
757 MAIN ST.
LINO LAKES, MN 55014

Soc Sec #: XXX-XX-3835   Employee ID: 1436
Hire Date: 05/08/09
Status: FT
Filing Status:
Federal: Married, 2
State: MN, Married, 2
Br/Dept: 211/211

Pay Period: 01/01/11 to 01/14/11
Check Date: 01/20/11   Check #: 10283

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION A - Available | 55.442 | HOURS |
| SICK ACCRU - Available | 107.458 | HOURS |
| PERSONAL T - Available | 8.000 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 630.78 | 1500.43 |
| Net Pay | 630.78 | 1500.43 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 80.00 | 16.0000 | 1280.00 | 136.00 | 2176.00 |
| HOLIDAY | | | | 16.00 | 256.00 |
| SICK | | | | 8.00 | 128.00 |
| HEALTH INSURANC | | | -179.72 | | -359.44 |
| DEN125 PRETAX | | | -26.67 | | -53.34 |
| RETIRE% 403B | | | -51.20 | | -102.40 |
| ER MATCH  - M | | | 76.80 | | 153.60 |
| HOURS WORKED | 80.00 | | | 136.00 | |
| ADJ EARNINGS | | | 1022.41 | | 2044.82 |
| GROSS EARNINGS | 80.00 | | 1280.00 | 160.00 | 2560.00 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT | 281.81 | 281.81 |
| TOTAL | 281.81 | 281.81 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 43.40 | 86.80 |
| OASDI | 23.62 | 90.18 |
| MEDICARE | 15.57 | 31.14 |
| STATE W/H MN | 27.23 | 54.46 |
| TOTAL | 109.82 | 262.58 |

**NET PAY**

| CURRENT ($) | YTD ($) |
|---|---|
| 630.78 | 1500.43 |

Payrolls by Paychex, Inc.
0456-H969 RS EDEN

RECEIVED 01-22-'11 12:16   FROM- TOM   TO-   EVERHART LAW OFFICE   P0002/0002

LINO LAKES, MN 55014

Soc Sec #: XXX-XX-3835    Employee ID: 1436
Hire Date: 05/08/09
Status: FT
Filing Status:
Federal: Married, 2
State: MN, Married, 2
Br/Dept: 211/211

Pay Period: 10/23/10 to 11/05/10
Check Date: 11/10/10    Check #: 9984

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | UNITS | |
|---|---|---|
| VACATION A - Available | 40.044 | HOURS |
| SICK ACCRU - Available | 96.997 | HOURS |
| PERSONAL T - Available | 8.000 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 916.99 | 916.99 |
| CHECKING | 0.00 | 20471.02 |
| Net Pay | 916.99 | 21388.01 |

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 80.00 | 16.0000 | 1280.00 | 1665.00 | 26640.00 |
| HOLIDAY | | | | 64.00 | 1024.00 |
| SICK | | | | 47.00 | 752.00 |
| VACATION | | | | 64.00 | 1024.00 |
| HEALTH INSURANC | | | -179.72 | | -4133.56 |
| DEN125 PRETAX | | | -26.67 | | -591.76 |
| RETIRE% 403B | | | -25.00 | | -256.00 |
| ER MATCH • M | | | 76.80 | | 768.00 |
| HOURS WORKED | 00.00 | | | | |
| ADJ EARNINGS | | | 1048.01 | 1665.00 | 24458.89 |
| GROSS EARNINGS | 80.00 | | 1280.00 | 1840.00 | 29440.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 23.84 | 583.76 |
| OASDI | 66.58 | 1532.31 |
| MEDICARE | 15.52 | 358.36 |
| STATE W/H MN | 25.10 | 596.25 |
| TOTAL | 131.02 | 3070.68 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 916.99 | 21388.01 |

Payrolls by Paychex, Inc.
156-H968 RS EDEN

| CO. | FILE | DEPT. | CLOCK | NUMBER | 069 |
|---|---|---|---|---|---|
| ZJW | 000388 | 700 | | 0017995098 | 1 |

# Earnings Statement

ADP

TWIN CITIES SIDING PROFESSIONALS, INC
664 TRANSFER RD SUITE 22A
ST PAUL, MN 55114
(651) 255-2844

Period Ending: 01/07/2011
Pay Date: 01/14/2011

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:    9
    MN:         9

ANN MERINO
757 MAIN ST.
LINO LAKES, MN 55014

Social Security Number: XXX-XX-3358

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1923.08 | 80.00 | 1,923.08 | 1,923.08 |
| Gross Pay | | | $1,923.08 | 1,923.08 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holida | 40.00 | 40.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -33.85 | 33.85 |
| | Social Security Tax | -80.77 | 80.77 |
| | Medicare Tax | -27.88 | 27.88 |
| | MN State Income Tax | -22.12 | 22.12 |
| Net Pay | | $1,758.46 | |

Your federal taxable wages this period are
$1,923.08

©1993, 2006, ADP Inc. All Rights Reserved.
TEAR HERE

TWIN CITIES SIDING PROFESSIONALS, INC
664 TRANSFER RD SUITE 22A
ST PAUL, MN 55114
(651) 255-2844

Period Ending: 10/29/2010
Pay Date: 11/05/2010

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 9
 MN: 9

ANN MERINO
757 MAIN ST.
LINO LAKES, MN 55014

Social Security Number: XXX-XX-3358

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1923.08 | 80.00 | 1,923.08 | 42,307.76 |
| Bonus | | | | 1,214.81 |
| Gross Pay | | | $1,923.08 | 43,522.57 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Holida | | 56.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -13.08 | 667.40 |
| | Social Security Tax | -119.23 | 2,698.40 |
| | Medicare Tax | -27.89 | 631.08 |
| | MN State Income Tax | -19.34 | 588.16 |
| Net Pay | | $1,743.54 | |

Your federal taxable wages this period are
$1,923.08

---

TWIN CITIES SIDING PROFESSIONALS, INC
664 TRANSFER RD SUITE 22A
ST PAUL, MN 55114
(651) 255-2844

ZJW
Payroll check number: 0017822472
Pay date: 11/05/2010

75-48/919

Pay to the order of: ANN MERINO

This amount: ONE THOUSAND SEVEN HUNDRED FORTY THREE AND 54/00 DOLLARS    $1743.54

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE AVAILABLE AT 877-423-7243
VOID AFTER 180 DAYS
THIS IS NOT A CHECK

WELLS FARGO
Wells Fargo Bank, N.A.

(4)